# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WEN LIN LIU,

V.

**SUMMONS IN A CIVIL CASE**

SWEET BASIL FAIRFIELD LLC, ET AL.,

CASE NUMBER: 3:24-CV-01436-JCH

TO: **Chun Yiu Kwok, Sweet Basil Fairfield LLC, Mei Weng, Shengliang Weng, Vincent Weng**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John Troy
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – L. Barry
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2024-09-09 11:52:28, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mei Wang
was received by me on *(date)* 09/28/24.

☑ I personally served the summons on the individual at *(place)* 284 Black Rock Tpk. Fairfield CT, 06825 on *(date)* 09/28/24 @ 21:33pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ 25 for travel and $ 50.00 for services, for a total of $ 75   0.00

I declare under penalty of perjury that this information is true.

Date: 10/05/24

_____
Servers signature

Gavin Doss
Printed name and title

471 Anderson Ave, Apt. 4
New York, NY 10040
Servers address

Additional information regarding attempted service, etc:




POS Service of MEI WENG at 284 Black Rock Tpk. Fairfield CT, 06825 on 09/28/24 at 21:33pm

24-cv-01436 *Wen Lin Liu v. Sweet Basil Fairfield LLC et al.*