State Of Connecticut)

                ) SS:  Bridgeport            April 14, 2025

County Of Fairfield)

Then and there, by virtue hereof, I made service of the within service and foregoing original Writ, **Summons - Civil and Complaint with Exhibits** upon the Defendant: **SWEET BASIL FAIRFEILD LLC**

By leaving a true and attested copy of the original Writ, **Summons - Civil and Complaint with Exhibits** with my doings thereon endorsed. In the hands of: **Shengliang Weng, 1865 North Ave, Bridgeport, CT 06604 at 11:00 am**

**Approximate height:5'1/5'2     Approximate weight:150 pounds**

**Hair: Bald     Race: Asian**

The within and foregoing is the original Writ **Summons - Civil and Complaint with Exhibits** with my doings hereon endorsed.

                                                                               Attest:

*/s/ Wilfredo Martinez*

**Wilfredo Martinez**
**City Of Bridgeport Sheriff**