UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------- x
WEN LIN LIU,
*on behalf of himself and others similarly situated,*
                                       Plaintiff,     Case No. 24-cv-01436

                       v.

SWEET BASIL FAIRFIELD LLC               **MOTION FOR DEFAULT**
    d/b/a Sweet Basil Sushi & Pan Asian Cuisine,  **JUDGEMENT**
CHUN YIU KWOK
    a/k/a Skye Kwok,
VINCENT WENG,
SHENGLIANG WENG, and
MEI WENG
    a/k/a A Mei Weng,
                                      Defendants

---------------------------------------------------------------- x

Plaintiff WEN LIN LIU (hereinafter "Plaintiff"), on his own behalf and on behalf of others similarly situated hereby request that a judgement by default be entered against Defendant MEI WENG a/k/a A Mei Weng (Hereinafter "M. WENG" or "Defendant"), pursuant to the Federal Rules of Civil Procedure, Rule 55(a). In addition, Plaintiff request that Defendant be liable as to Plaintiff's damages and attorneys' fees and costs. In support of his request, plaintiff relies upon the record of the case, his lawyer has submitted and a memorandum of law which will be submitted along with his motion.

Dated: Flushing, NY
May 2, 2025

                                                   Respectfully submitted,
                                                   TROY LAW, PLLC
                                                   /s/ John Troy
                                                   John Troy
                                                   41-25 Kissena Boulevard, Suite 110
                                                   Flushing, NY 11355
                                                   Tel: (718) 762-1324
                                                   Fax: (718) 762-1342
                                                   troylaw@troypllc.com
                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, a copy of foregoing was filed electronically and served by mail on anyone available to accept electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

<em>/s/ John Troy</em>