**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------------X
Wen Lin Liu,

                              *Plaintiff*,

              -*against*-

Sweet Basil Fairfield LLC, d/b/a Sweet Basil Sushi & Pan Asian Cuisine, Chun Yiu Kwok a/k/a Skye Kwok, Vincent Weng, Shengliang Weng, and Mei Weng a/k/a Mei Weng,

                              *Defendants*.
------------------------------------------------------------------X

Case No.: 24-cv-01436

**DECLARATION OF JOSHUA D. LEVIN-EPSTEIN, ESQ.**

      **JOSHUA D. LEVIN-EPSTEIN, ESQ.**, an attorney duly admitted to practice in the United States District Court of the District of Connecticut, affirms the following under the penalties of perjury:

      1.    I am the founding partner of Levin-Epstein & Associates, P.C., attorneys for Defendants Sweet Basil Fairfield LLC, d/b/a Sweet Basil Sushi & Pan Asian Cuisine, Chun Yiu Kwok a/k/a Skye Kwok, Vincent Weng, Shengliang Weng, and Mei Weng a/k/a Mei Weng (collectively, the "Defendants") in the above-captioned matter. As Defendants' counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

      2.    I make this affidavit in support of Defendants' motion for an extension of time of the global fact discovery completion deadline of July 15, 2025 to, through and including, August 31, 2025.

      3.    This is the first request of its nature, and is made on consent of counsel for Plaintiff Wen Lin Liu (the "Plaintiff").

4.     The Court's dispositive motion and joint trial memorandum submission deadline is scheduled for December 1, 2025 [*see id*]. Thus, if granted, this request would not affect any other scheduled deadlines.

5.     "The [Federal Rules of Civil Procedure] authorize extensions of time within which acts may be done on a showing of good cause where, as here, the extension is sought in advance of the deadline." *See* Fed.R.Civ.P. 6(b)(1)(A).[1] "Good cause under Rule 6(b)(1) has been described by the [Second] Circuit as a 'non-rigorous standard.'" *Alexander v. Saul*, 5 F.4th 139, 154 (2d Cir. 2021). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id*.

6.     The basis of the request is that the parties require additional time to complete outstanding fact discovery in light of Defendants Shengliang Weng, and Mei Weng a/k/a Mei Weng recent appearances in the instant action.

7.     By way of background, on June 25, 2025, the Honorable District Judge Janet C. Hall entered an Order, extending these two (2) individual Defendants' times to respond to the complaint to, through and including, July 9, 2025. [*See* Dckt. Nos. 73, 74].

8.     As of the date of this filing, the parties have not conducted any discovery, as to these two (2) individual Defendants.

9.     A second, independent basis, also necessitates the instant request. The parties require additional time to complete depositions. The parties are meeting-and-conferring to discuss

---

[1] "When an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed.R.Civ.P. 6(b)(1)(A).

their respective availabilities, and anticipate being in a position to complete depositions on or before August 31, 2025.

10. All discovery in this action has been commenced was commenced promptly and pursued with due diligence[2] in a good faith effort to comply with the deadline established by the Court's initial December 19, 2024 Scheduling Order [Dckt. No. 24].

11. Thus, the requested extension is made in good faith and is not sought for the purpose of delay.

12. In light of the foregoing, it is respectfully requested that the Court extend the global fact discovery completion deadline of July 15, 2025 to, through and including, August 31, 2025.

Dated: New York, New York
　　　　July 3, 2025

Respectfully Submitted,

LEVIN EPSTEIN & ASSOCIATES, P.C.

/s Joshua Levin-Epstein, Esq.
Joshua Levin-Epstein, Esq.
777 West Putnam Avenue, Suite 300
Greenwich, CT 06830
*Attorneys for Defendants*

Cc:　All parties via ECF

---

[2] By way of background, Defendants Sweet Basil Fairfield LLC, d/b/a Sweet Basil Sushi & Pan Asian Cuisine, Chun Yiu Kwok a/k/a Skye Kwok, Vincent Weng propounded discovery requests consisting of: (i) requests for the production of documents; (ii) interrogatories; and (iii) a notice of deposition, on February 20, 2025. Plaintiff issued responses and objections to these Defendants' February 20, 2025 requests on April 7, 2025.