UNITES STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X

Wen Lin Liu      Index No.: 24-cv-01436

                *Plaintiff,*

                **NOTICE OF APPEARANCE**

  *-against-*

Sweet Basil Fairfield LLC (d/b/a Sweet Basil Sushi & Pan Asian Cuisine), Chun Yiu Kwok (a/k/a Skye Kwok), Vincent Weng, Shengliang Weng, and Mei Weng (a/k/a A Mei Weng),

                *Defendant.*
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant, Chun Yiu Kwok (a/k/a Skye Kwok), in the above-styled cause and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following addresses:

    LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.
    6625 Miami Lakes Drive, Suite 316
    Miami Lakes, Florida 33014

    REINER & REINER, P.A.
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida   33156-7815

                Respectfully Submitted,

| | |
|---|---|
| **MICHAEL A. PIZZI, JR., ESQ.** | **REINER & REINER, P.A.** |
| LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A. | *Counsel for Defendant Skye Kwok* |
| *Counsel for Defendant Skye Kwok* | 9100 South Dadeland Boulevard, Suite 901 |
| 6625 Miami Lakes Drive, Suite 316 | Miami, Florida   33156-7815 |
| Miami Lakes, Florida 33014 | Phone: (305) 670-8282 |
| Tel: (305 986-2277; Fax: (305) 777-3802 | Facsimile: (305) 670-8989 |
| (*Admitted Pro Hac Vice*) | dpr@reinerslaw.com eservice@reinerslaw.com |
| | By: _____ |
| | **DAVID P. REINER, II**; FBN 416400 |
| | (*Admitted Pro Hac Vice*) |

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on* **October 8, 2025**, *I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400

2

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989