**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------x
WEN LIN LIU,
*on behalf of himself and others similarly situated,*   Case No.: **3:24-CV-01436-JCH**
                    Plaintiff,

                    v.

SWEET BASIL FAIRFIELD LLC
    d/b/a Sweet Basil Sushi & Pan Asian
    Cuisine,
CHUN YIU KWOK
    a/k/a Skye Kwok,
VINCENT WENG,
SHENGLIANG WENG, and
MEI WENG
    a/k/a A Mei Weng,
                      Defendants.
-------------------------------------------------------------------x

## JOINT MOTION FOR LEAVE TO REQUEST EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

Plaintiff WEN LIN LIU ("Plaintiff") and Defendant CHUN YIU KWOK a/k/a Skye Kwok, respectfully seek leave to request an Extension of Time to Complete Fact Discovery, and states as follows:

1. At various points from September 30 to October 8, 2025, Defendants' then-Counsel Mr. Jason Mizrahi and Plaintiff's counsel attempted to schedule deposition dates. No deposition dates, however, were confirmed.

2. In response to the Defendants' Motion for Extension of Time and Joint Motion for Extension of Time, the Court on October 7, 2025 ordered that discovery shall be completed by November 7, 2025 and dispositive motions filed on or before December 8, 2025 (ECF No. 119).

3. On October 6, 2025, Motions to Appear Pro Hac Vice were filed for undersigned David P. Reiner II, Esq. and Michael A. Pizzi, Jr., Esq. to appear

1

        on behalf of Defendant CHUN YIU KWOK a/k/a Skye Kwok (ECF Nos. 117-118). These motions were granted on October 8, 2025 (ECF Nos. 120-121).

4. Notices of Appearance were subsequently filed by Mr. Reiner and Mr. Pizzi (ECF Nos. 122-123).

5. Undersigned Audrey Lynn filed her Notice of Appearance in lieu of current counsel on behalf of all Defendants on October 27, 2025 (ECF No. 124).

6. On November 7, 2025, Mr. Mizrahi filed a Consent Motion for his firm, Levin-Epstein & Associates, P.C., to withdraw as attorney for Defendants (ECF No. 125). This was granted on November 12, 2025. (ECF No. 126).

7. Parties jointly and respectfully request a 90-day extension of fact discovery deadline from the date of this Court's order on this motion, to account for the pending disposition of Motion for Conditional Collective Certification and, more crucially, the significant changes in the representation of Defendants.

8. This request for additional time is made in good faith and is not made for any improper purpose. No party will be prejudiced by the granting of the requested relief.

**WHEREFORE**, Plaintiff and Defendants jointly respectfully request that the Court grant this application and extend the deadline for the Parties to complete fact discovery as set forth above.

Respectfully Submitted,

Dated: December 8, 2025

By: */s/ John Troy*

2

          JOHN TROY
          TROY LAW, PLLC
          *Attorney for Plaintiff*

Dated: December 8, 2025

          By: */s/ David P. Reiner II*
          DAVID P. REINER, II. (*admitted pro hac vice*)
          REINER & REINER, P.A.
          *Attorney for Defendant CHUN YIU KWOK*
          *a/k/a Skye Kwok*

## CERTIFICATE OF SERVICE

I, John Troy, hereby certify that a copy of the Joint Motion for Extension of Time to Complete Discovery was served via ECF to counsels of record for Defendants, AUDREY J. LYNN, MICHAEL A. PIZZI, JR., ESQ., and REINER & REINER, P.A. on December 8, 2025.

Dated: December 8, 2025

By: /s/ John Troy
JOHN TROY
TROY LAW, PLLC
*Attorney for Plaintiff*

SERVICE LIST:

AUDREY J. LYNN
ATKINSON LAW, LLC
*Attorney for Defendants* **SWEET BASIL FAIRFIELD LLC d/b/a Sweet Basil Sushi & Pan Asian Cuisine, CHUN YIU KWOK a/k/a Skye Kwok, VINCENT WENG, SHENGLIANG WENG, and MEI WENG a/k/a A Mei Weng**
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Phone: (203) 677-0782
ajatkinson@atkinsonlawfirm.com

MICHAEL A. PIZZI, JR., ESQ. (*admitted pro hac vice*)
LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.
*Attorney for Defendant* **CHUN YIU KWOK a/k/a Skye Kwok**
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Phone: (305) 986-2277
Facsimile: (305) 777-3802
mpizzi@pizzilaw.com

DAVID P. REINER, II. (*admitted pro hac vice*)
REINER & REINER, P.A.
*Attorney for Defendant* **CHUN YIU KWOK a/k/a Skye Kwok**
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Phone: (305) 670-8282
Facsimile: (305) 670-8989
dpr@reinerslaw.comeservice@reinerslaw.com