SP03+ML30

# PLAINTIFF CONSENT FORM
# FORMULARIO DE CONSENTIMIENTO DEL DEMANDANTE

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:
SI RECIBIÓ ESTE FORMULARIO Y DESEA UNIRSE A ESTA DEMANDA, COMPLETE ESTOS DOS PASOS:

    A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND
    A. DILIGENCIE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO DEL DEMANDANTE; Y
    B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [90 days from mailing of notice].
    B. USE EL SOBRE ADJUNTO PARA ENVIAR ESTE FORMULARIO A LA DIRECCIÓN QUE SE INDICA A CONTINUACIÓN A MÁS TARDAR [90 días a partir de la fecha de envío de este aviso].

I consent to be a party plaintiff in the lawsuit *WEN LIN LIU v.* SWEET BASIL FAIRFIELD LLC d/b/a Sweet Basil Sushi & Pan Asian Cuisine, *et al.*, U.S. District Court, DISTRICT OF CONNECTICUT, Civil Action No. 24-cv-01436 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

Doy mi consentimiento para ser parte demandante en la demanda *WEN LIN LIU v.* SWEET BASIL FAIRFIELD LLC que opera bajo el nombre de Sweet Basil Sushi & Pan Asian Cuisine, *et al.*, Tribunal Distrital de Estados Unidos, DISTRITO DE CONNECTICUT, Acción Civil No. 24-cv-01436 con el fin de buscar reparación por violaciones a la Ley de Normas Laborales Justas, de conformidad con 29 U.S.C. § 216(b).

By signing and returning this consent form, I hereby designate Plaintiffs and their counsel Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Al firmar y devolver este formulario de consentimiento, designo al Demandante y a sus abogados, Troy Law, PLLC ("la firma de abogados") para que me representen y tomen decisiones en mi nombre con respecto al litigio y cualquier acuerdo transaccional. Entiendo que los costos razonables gastados en mi nombre se deducirán de cualquier acuerdo transaccional o cantidad de la sentencia igualitariamente entre todos los demás demandantes. Entiendo que la firma de abogados solicitará al tribunal honorarios y gastos razonables de abogados si este caso se resuelve o se recibe una sentencia monetaria, y recibirá una proporción de cualquier monto bruto de dicho acuerdo o sentencia. Acepto estar sujeto a cualquier fallo de este caso por parte del tribunal, ya sea favorable o desfavorable.

Gouda, Mansour
_____
Name (printed)

SP03+ML30

Gouda Mansour
Nombre (en letra de imprenta)

_Gouda M_ 2-12-26
Signature          Date
Firma              Fecha

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Street Address
Dirección

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City         State         ZIP
Ciudad       Estado        Código postal

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Best Telephone Number(s)
Mejores números de teléfono

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Email
Correo electrónico

_____

Work Location(s)
Lugar de trabajo

20230821                    July 16/2016
Employment Start Date
Fecha de inicio del empleo

20240613
Employment End Date
Fecha de finalización del empleo

**Mail to:**
**Envíe por correo a:**

**TROY LAW, PLLC,**
**41-25 KISSENA BOULEVARD, SUITE 110**
**FLUSHING, NY 11355**
RE: 3:24-cv-01436-JCH *Liu v. Sweet Basil Fairfield LLC et al*
YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (718) 762-1342 OR SCAN
AND EMAIL IT TO: troylaw@troypllc.com
TAMBIÉN PUEDE ENVIAR EL FORMULARIO DE CONSENTIMIENTO POR FAX AL
(718) 762-1342 O ESCANEAR Y ENVIAR POR CORREO A: troylaw@troypllc.com