Case 3:24-cv-01436-JCH    Document 172-4    Filed 03/25/26    Page 1 of 13

**TROY LAW <troylaw@troypllc.com>**

## RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al - Plaintiff Deposition

**DPR** <dpr@reinerslaw.com>                                    Thu, Jan 15, 2026 at 3:00 PM
To: "troylaw@troypllc.com" <troylaw@troypllc.com>
Cc: E Service <eservice@reinerslaw.com>, "mpizzi pizzilaw.com" <mpizzi@pizzilaw.com>

Law Office of Michael A. Pizzi, Jr. is inviting you to a scheduled Zoom meeting.

Topic: Plaintiff's Deposition - 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al

Time: Jan 19, 2026 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting

https://us06web.zoom.us/j/81600212012?pwd=J88GugLtQMp92jLV2MBEMHanJ2dCez.1

Meeting ID: 816 0021 2012

Passcode: 372724

---

One tap mobile

+13052241968,,81600212012#,,,,*372724# US

+16465588656,,81600212012#,,,,*372724# US (New York)

Join instructions

https://us06web.zoom.us/meetings/81600212012/invitations?signature=GBVsdSTSzsV26ELbIwbvkllPsF54fO-x2z9KPIboxz8

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*

1/29/26, 3:28 PM — Troy Law, PLLC Mail - RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al - Plaintiff Deposition

Case 3:24-cv-01436-JCH   Document 172-4   Filed 03/25/26   Page 2 of 13



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

Martindale-Hubbell
PEER REVIEWED

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Thursday, January 15, 2026 2:05 PM
**To:** DPR <dpr@reinerslaw.com>
**Cc:** E Service <eservice@reinerslaw.com>; Audrey Atkinson <ajatkinson@atkinsonlawfirm.com>; mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Subject:** Re: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al - Plaintiff Deposition

# Counselor,

# Can you send along the Zoom link when you have a chance?

Thank you.

Warm wishes,

John Troy

TROY LAW

/mh

### TROY LAW
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE** 💬 **EMAIL or TEXT** 💬*
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Thu, 15 Jan 2026 at 13:18, DPR <dpr@reinerslaw.com> wrote:

Depo Notice for you records

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*



**David P. Reiner, II**

Case 3:24-cv-01436-JCH   Document 172-4   Filed 03/25/26   Page 4 of 13

Reiner & Reiner P.A.

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

Martindale-Hubbell
PEER REVIEWED

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** DPR
**Sent:** Thursday, January 15, 2026 10:24 AM
**To:** 'troylaw@troypllc.com' <troylaw@troypllc.com>
**Cc:** E Service <eservice@reinerslaw.com>; Audrey Atkinson <ajatkinson@atkinsonlawfirm.com>; mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Subject:** RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al - Plaintiff Deposition

John-  Michael Pizzi will be taking the deposition of the Plaintiff on Monday.  I will forward a Notice shortly.  Without objection it will begin at 10:00 am EST.  We will provide the zoom link with the Notice.  Will Mr. Lui require a translator?

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*

1/29/26, 3:28 PM     Troy Law, PLLC Mail - RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Plaintiff Deposition

Case 3:24-cv-01436-JCH   Document 172-4   Filed 03/25/26   Page 5 of 13



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center   |   9100 South Dadeland Blvd.|   Suite 901

Miami | Florida 33156 Tel.: 305.670.8282   Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

**Martindale-Hubbell®**
**PEER REVIEWED**

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges. If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail. Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM: Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling. We reserve all objections and rights to further relief.

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Friday, January 9, 2026 9:28 AM
**To:** DPR <dpr@reinerslaw.com>
**Cc:** E Service <eservice@reinerslaw.com>; Audrey Atkinson <ajatkinson@atkinsonlawfirm.com>; mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Subject:** Re: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class

# Dear Mr. Reiner and Mr. Pizzi,

We understand. We are very sorry to hear about this and please have Mr. Pizzi focus on his health first.

If you can provide within the week and agree to a reciprocal extension (and only because the judge is putting us on a tight leash) that to do it.

Is that fair?

Warm wishes,

John Troy

TROY LAW

/mh

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL☎️

蔡 鴻 章 律 師 事 務 所

**_PLEASE_ 📧 _EMAIL or TEXT_ 💬**
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Fri, 9 Jan 2026 at 08:39, DPR <dpr@reinerslaw.com> wrote:

> John-
>
> Mike is scheduled for a procedure on Monday. I am checking with clients and will try to take over this production. Please call me if you have any questions.  305 670-8282.  Thanks for your understanding here.

1/29/26, 3:28 PM    Troy Law, PLLC Mail - RE: Activity in Case 3:24-cv-21436-JCH Luc. Sweet Basil Fairfield, LLC et al Plaintiff Deposition

Case 3:24-cv-01436-JCH    Document 172-4    Filed 03/25/26    Page 7 of 13

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

## WHATS APP CHAT LINK

## SEND FILES VIA SHAREFILE LINK

Martindale-Hubbell®
**PEER REVIEWED**

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

**From:** DPR
**Sent:** Thursday, January 8, 2026 5:17 PM
**To:** 'troylaw@troypllc.com' <troylaw@troypllc.com>; E Service <eservice@reinerslaw.com>; 'Audrey Atkinson' <ajatkinson@atkinsonlawfirm.com>; 'mpizzi pizzilaw.com' <mpizzi@pizzilaw.com>

**Subject:** RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class

John-

I talked to Mr. Pizzi's office.  He has had a medical emergency.  He is okay but may have to have surgery.  I will have to pick this up tomorrow and see how quickly we can get this to you.  He is my main contact with the clients.

I will follow up in the morning.  If there is anything more than a short delay I will file a motion.

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

## WHATS APP CHAT LINK

## SEND FILES VIA SHAREFILE LINK

Martindale-Hubbell®
PEER REVIEWED

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

**From:** DPR
**Sent:** Thursday, January 8, 2026 4:58 PM
**To:** 'troylaw@troypllc.com' <troylaw@troypllc.com>; E Service <eservice@reinerslaw.com>; Audrey Atkinson <ajatkinson@atkinsonlawfirm.com>; mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Subject:** RE: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class

John I know they were working on it this morning.  I will follow up.

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

**Martindale-Hubbell®**

**PEER REVIEWED**

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Thursday, January 8, 2026 4:32 PM
**To:** E Service <eservice@reinerslaw.com>; Audrey Atkinson <ajatkinson@atkinsonlawfirm.com>; DPR <dpr@reinerslaw.com>; mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Subject:** Fwd: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class

Counselors,


Today is due day for namelist producing.

The attached excel format is for your convenience.

Thank you again.


John Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

TroyLaw@TroyPllc.Com  www.TroyPllc.Com

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE 📧 EMAIL or TEXT 💬***
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

---------- Forwarded message ---------
From: **Troy Law** <troylaw@troypllc.com>
Date: Wed, 10 Dec 2025 at 10:34
Subject: Fwd: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class
To: E Service <eservice@reinerslaw.com>, <ajatkinson@atkinsonlawfirm.com>, mpizzi pizzilaw.com <mpizzi@pizzilaw.com>, DPR <dpr@reinerslaw.com>

Dearl Counselors,

Per Judge's ruling below, please produce the namelist by 0108, 2026.

Attached is the excel format for your convenience.

Thank you.

John Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE 📧 EMAIL or TEXT 💬***
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

---------- Forwarded message ---------
From: <CMECF@ctd.uscourts.gov>
Date: Wed, 10 Dec 2025 at 10:00
Subject: Activity in Case 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al Order on Motion to Certify Class
To: <CMECF@ctd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 12/10/2025 at 9:59 AM EST and filed on 12/9/2025

| | |
|---|---|
| **Case Name:** | Liu v. Sweet Basil Fairfield LLC et al |
| **Case Number:** | 3:24-cv-01436-JCH |
| **Filer:** | |
| **Document Number:** | 129 |

**Docket Text:**
**Ruling on Motion to Certify Class (Doc. [45])**

**For the reasons stated herein, the court grants the Motion to Certify Class. Defendants are required, within 30 days of this Ruling, to provide plaintiffs with an Excel data file containing last known mailing address; email address; work location; dates of employment; and position for all non-managerial employes who worked at Sweet Basil from September 8, 2021, through the present day.**

**While in some cases a defendant may supply a red line to the court reflecting line edits to a proposed draft Notice, defendants here have failed to do so in their Opposition. Given the paucity of criticisms advanced by defendants regarding the proposed Notice, see supra footnote 2, the court sees no reason to allow further delay by permitting defendants the opportunity to file a red line. The court has reviewed the draft Notice and approves it subject to the limitations described above.**

**The court authorizes the final Notice form to be disseminated in any relevant language via mail to the mailing addresses provided by defendants and via electronic mail to the email addresses provided by defendants. In addition, the court authorizes Mr. Liu to publish the final Notice Form on plaintiffs counsels website. Defendants are required to post the final Notice Form in conspicuous locations in any Sweet Basil restaurant. The opt-in period will run 90 days from the date of this Ruling. Mr. Liu is authorized to send a Reminder Notice, via correspondence consistent with the above, on the 45th day of the opt-in period. Signed by Judge Janet C. Hall on 12/9/2025. (Barry, L.)**

**3:24-cv-01436-JCH Notice has been electronically mailed to:**

John Troy    johntroy@troypllc.com, troylaw@troypllc.com, troylawpllc@gmail.com

Tiffany Troy    troylegalpllc@gmail.com

Audrey Lynn    ajatkinson@atkinsonlawfirm.com

David P. Reiner, II    dpr@reinerslaw.com, eservice@reinerslaw.com

Michael A Pizzi, Jr    mpizzi@pizzilaw.com

**3:24-cv-01436-JCH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=12/10/2025] [FileNumber=8532207-
0] [7eca322d01cc3ffdb8212b2f124560b4d76dd8891dd168a0cd8ecd41d28f4c1c57
18cb0b357c94ba5ecedefbe537c50caf73988cdcb0bc7e66940910eb3463aa]]