

**TROY LAW <troylaw@troypllc.com>**

---

## RE: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)

---

**DPR** <dpr@reinerslaw.com>                    Wed, Jan 28, 2026 at 10:57 AM
To: "troylaw@troypllc.com" <troylaw@troypllc.com>
Cc: "mpizzi pizzilaw.com" <mpizzi@pizzilaw.com>, Randa Raad <randa@pizzilaw.com>

Yes, Friday at 9 a.m. is Shengliang Weng and Vincent Weng and understood as to stipulation.

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*

_____



              **David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

Martindale-Hubbell
**PEER REVIEWED**

1/29/26, 3:30 PM      Troy Law, PLLC Mail - Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 2 of 19

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A., which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Wednesday, January 28, 2026 10:43 AM
**To:** DPR <dpr@reinerslaw.com>
**Cc:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>; Randa Raad <randa@pizzilaw.com>
**Subject:** Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)

To clarify Friday at 9 a.m. is Shengliang Weng and Vincent Weng?

The trial date for next week's Philadelphia trial has not yet been confirmed so I will need to get back to you on that. If it doesn't get adjourned I will need your consent to put a filing to the Court as we had intended to do at least 2 of the 3 depositions this week.

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English,  Mandarin,  Spanish,  Korean,  Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

**PLEASE 📧 EMAIL or TEXT 💬**
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Wed, Jan 28, 2026 at 10:24 AM DPR <dpr@reinerslaw.com> wrote:

1/29/26, 3:30 PM
Troy Law, PLLC Mail - RE: 3:24-cv-01436-JCH Hilton Sweet Basil Farm LLC et al v. Re: Deposition of Wen Liu Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 3 of 19

Confirmed for Friday and let's move Skye to Fed 4, 5 or 6.


DPR


**_Licensed in Florida & Texas_**

*Dictated, Please excuse typos*



**David P. Reiner, II**

**Reiner & Reiner P.A.**

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US


# WHATS APP CHAT LINK

# SEND FILES VIA SHAREFILE LINK

Martindale-Hubbell'
PEER REVIEWED


CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM:  Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Wednesday, January 28, 2026 10:11 AM
**To:** DPR <dpr@reinerslaw.com>

1/29/26, 3:30 PM   Troy Law, PLLC Mail - RE: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 4 of 19

**Cc:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>; Randa Raad <randa@pizzilaw.com>
**Subject:** Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)

Dear Counselor,

Your non-response is not really acceptable. Please advise how you would like to proceed, and additionally, I will need the stipulation and another filing to the Court so Plaintiff's rights are preserved as a result of the adjournment of Skye Kwok's deposition.

We will need to meet and confer about the same today.

I am stepping into a deposition defense at 11 a.m. so please let me know. Otherwise, I will need to request court intervention because I cannot proceed without confirmation on your side as to Thursday, January 29, 2026 and it is now the day before at 10:10.

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

*PLEASE  @  EMAIL or TEXT 💬*
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Tue, Jan 27, 2026 at 12:43 PM Troy Law <troylaw@troypllc.com> wrote:

Dear Mr. Pizzi,

Could you kindly confirm the below so we can proceed, as I will need to coordinate with the court reporter and the interpreter.

Thank you for your time.

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

**PLEASE 📧 EMAIL or TEXT 💬**
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Tue, Jan 27, 2026 at 11:10 AM Troy Law <troylaw@troypllc.com> wrote:

Good morning everyone,

The Court in the other case has just confirmed the adjournment of Thursday, January 29, 2026's in person evidentiary hearing. As such, kindly let me know whether

**Skye Kwok (individually and as corporate representative)** who was scheduled to appear for today is ready to proceed on **Thursday, January 29, 2026 at 9 a.m.** via Zoom.

We will continue as planned for **Friday, January 30, 2026 at 9 a.m.** with Shengliang Weng and Vincent Weng.

The cancelation cost is $250 from court reporter and $270 from court interpreter. We will forward you their invoices and you can either pay them directly or pay us and we can forward the payment to them.

<u>Kindly confirm at your convenience, and we will loop back as soon as we hear back from the Court in the other case concerning the jury trial next week to confirm the last date for Mei Weng.</u>

Thank you.

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

TroyLaw@TroyPllc.Com  www.TroyPllc.Com

💬 TEXT +1 **(718) 762-1324** CALL ☎️

1/29/26, 3:30 PM　　Troy Law, PLLC Mail - RE: 3:24-cv-01436-JCH Hilton M. Sweet Basil Farm & LLC 3/25/26: Deposition of Wen Liu Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH　　Document 172-5　　Filed 03/25/26　　Page 7 of 19

蔡 鴻 章 律 師 事 務 所

***PLEASE 📧 EMAIL or TEXT 💬***
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Tue, Jan 27, 2026 at 9:33 AM DPR <dpr@reinerslaw.com> wrote:

Tiffany-

Can you guys send out Notices of Deposition when they are confirmed.  These depos don't hit my calendar either unless there is a notice for my calendaring people to act on.  My calendaring email is:

Eservice@reinerslaw.com

Mr. Pizzi's is:

randa@pizzilaw.com

Thanks for your understanding.

DPR

*Licensed in Florida & Texas*

*Dictated, Please excuse typos*

_____



　　　　　　**David P. Reiner, II**

　　　**Reiner & Reiner P.A.**

　　　One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901

　　　Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**Join Zoom Meeting (Video)**

https://us02web.zoom.us/j/5037219815

1/29/26, 3:30 PM
Troy Law, PLLC Mail - RE: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 8 of 19

**One Tap Mobile (Phone)**

+16465588656,,5037219815# US

**WHATS APP CHAT LINK**

**SEND FILES VIA SHAREFILE LINK**

Martindale-Hubbell'

**P E E R   R E V I E W E D**

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. APPROVALS AS TO FORM: Approval of proposed orders as to form does not necessarily constitute agreement with a particular ruling.  We reserve all objections and rights to further relief.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Tuesday, January 27, 2026 9:20 AM
**To:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Cc:** Randa Raad <randa@pizzilaw.com>; DPR <dpr@reinerslaw.com>
**Subject:** Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)

Understood. Thank you for letting us know. I've just let the court reporter and the interpreter go on their ways and will forward their invoices upon receipt.

Tomorrow, **January 28, 2026** doesn't work for us due to the fact that we have another deposition, plus an in person conference in Westchester and another FPTC in Newark, New Jersey.

Thursday, **January 29, 2026** doesn't currently work for us but as of yesterday evening the Defendant in another case has made an adjournment request due to the snow that is

pending before the judge. If that does get confirmed by the Court then we can confirm Thursday, however that would require the Court's approval which we are waiting on which was the reason why we needed to re-schedule the deposition in the first place.

Friday, **January 30, 2026** at 9 a.m. is deposition as scheduled.

We have a jury trial in Philadelphia, Pennsylvania that is scheduled for the week of **February 2, 2026 to February 6, 2026**. However as of yesterday (also evening) it appears that the Defendants are in default. We also still need to wait for official confirmation from the Court that the trial is adjourned and if so we can do: February 2, 2026 at 9 a.m. and February 6, 2026 at 9 a.m.

If that works well for you and your client.

So all of that is to say our calendar is very much in flux at the moment but **we will have more clarity by this afternoon, and we can check in then and go from there.**

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

1/29/26, 3:30 PM      Troy Law, PLLC Mail 3:24-cv-01436-JCH v. Sweet Basil Fairfield LLC et al./Re: Deposition of Wen Liu Liu (Exhibits Displ…

Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 10 of 19

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE*** 📧 ***EMAIL or TEXT*** 💬
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Tue, Jan 27, 2026 at 9:10 AM mpizzi pizzilaw.com <mpizzi@pizzilaw.com> wrote:

Mr. Troy,

There was some confusion. I thought todays depo was canceled and the January 29th was going forward. There was a mix up on the dates.

We can do him tomorrow Jan 28th, the next day Jan 29th, friday Jan 30th or anyday next week of oyur choosing and we will make him available.

We will pay the court reporter for today. On another note, the Stipulaion is agreed to.

Mike

Michael A. Pizzi, P.A.
Attorney

**Office:** 786.594.3948  | **Fax:** 395.777.3802
**Email:** mpizzi@pizzilaw.com | www.pizzilaw.com

**Law Office of Michael A. Pizzi, P.A.**
6625 Miami Lakes Dr, Ste 316 Miami Lakes, FL 33014



CONFIDENTIALITY NOTICE: This electronic message transmission contains information from the law firm of Michael A. Pizzi, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law.

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Tuesday, January 27, 2026 9:02 AM
**To:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Cc:** Randa Raad <randa@pizzilaw.com>; David Reiner <dpr@reinerslaw.com>
**Subject:** Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)

# Good morning Mr. Pizzi,

# The court reporter, court interpreter and I are waiting for you and your client to join for this morning's deposition at 9 a.m.

# Warm wishes,

# Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com** **www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

**PLEASE 📧 EMAIL or TEXT** 💬
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Mon, Jan 26, 2026 at 12:15 PM Troy Law <troylaw@troypllc.com> wrote:

# Dear Mr. Pizzi,

# As discussed, **January 29, 2026 at 9 a.m.** does not work for us due to a court conference that cannot be re-scheduled.

Our next available date is **February 12 or 13.**

Do either date works well for your client **Mei Weng**?

Tomorrow, **January 27, 2026 at 9 a.m.**, the deposition is on for 9 a.m. for the **corporate witness and Skye Kwok**. Kindly confirm. An interpreter and court reporter have been ordered.

On Friday, **January 30, 2026 at 9 a.m.** we are continuing with **Shengliang Weng and Vincent Weng.**

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

**PLEASE 📧 EMAIL or TEXT 💬**
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Mon, Jan 26, 2026 at 11:19 AM Troy Law <troylaw@troypllc.com> wrote:

Mr. Pizzi,

Waiting for your 11 a.m. call. Thank you.

If you want to re-schedule to later this afternoon, let me know.

Have a good day.

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE*** 📧 ***EMAIL or TEXT*** 💬
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Mon, Jan 26, 2026 at 9:55 AM mpizzi pizzilaw.com <mpizzi@pizzilaw.com> wrote:

Great. I will call Tiffany at 11.

Mike

Michael A. Pizzi, P.A.
Attorney

**Office:** 786.594.3948  | **Fax:** 395.777.3802
**Email:** mpizzi@pizzilaw.com | www.pizzilaw.com

1/29/26, 3:30 PM
Troy Law, PLLC Mail - RE: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displ…
Case 3:24-cv-01436-JCH   Document 172-5   Filed 03/25/26   Page 14 of 19

**Law Office of Michael A. Pizzi, P.A.**
6625 Miami Lakes Dr, Ste 316 Miami Lakes, FL 33014



CONFIDENTIALITY NOTICE: This electronic message transmission contains information from the law firm of Michael A. Pizzi, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law.

---

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Monday, January 26, 2026 9:42 AM
**To:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>
**Cc:** Randa Raad <randa@pizzilaw.com>; David Reiner <dpr@reinerslaw.com>
**Subject:** Re: 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)


Dear Mr. Pizzi,


That would be our office phone 7187621324.


You can ask to speak to my associate Tiffany then.


Warm wishes,

Tiffany Troy


TROY LAW

/mh

# TROY LAW

**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com  www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL☎

蔡 鴻 章 律 師 事 務 所

**PLEASE 📧 EMAIL or TEXT 💬**
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Mon, Jan 26, 2026 at 9:26 AM mpizzi pizzilaw.com <mpizzi@pizzilaw.com> wrote:

> Mr. Troy,
>
> Good morning. Please email me your cellphone or best contact and I'll call you at 11 am sharp when I get out of this hearing .
>
> Mike
>
> Michael A. Pizzi, P.A.
> Attorney
>
> **Office:** 786.594.3948  | **Fax:** 395.777.3802
> **Email:** mpizzi@pizzilaw.com | www.pizzilaw.com
>
> **Law Office of Michael A. Pizzi, P.A.**
> 6625 Miami Lakes Dr, Ste 316 Miami Lakes, FL 33014



> CONFIDENTIALITY NOTICE: This electronic message transmission contains information from the law firm of Michael A. Pizzi, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law.

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Monday, January 26, 2026 9:13 AM
**To:** Randa Raad <randa@pizzilaw.com>
**Cc:** mpizzi pizzilaw.com <mpizzi@pizzilaw.com>; David Reiner <dpr@reinerslaw.com>
**Subject:** 3:24-cv-01436-JCH Liu v. Sweet Basil Fairfield LLC et al // Re: Deposition of Wen Lin Liu (Exhibits Displayed)


Dear Mr. Pizzi,


I am respectfully following up. But I am having a very hard time getting ahold of you, whether by email or by phone.


Can you kindly respond some time today so I do not need to request for court intervention due to your non-response over the course of the past week.


Warm wishes,

John Troy


TROY LAW

/mh


**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

TroyLaw@TroyPllc.Com  www.TroyPllc.Com

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡鴻章律師事務所

*PLEASE* 📧 *EMAIL or TEXT* 💬
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Fri, Jan 23, 2026 at 11:40 AM Troy Law <troylaw@troypllc.com> wrote:

> Mr. Pizzi,
>
> I called you yesterday about this.
>
> Can we kindly check in about this later this afternoon?
>
> We also need to reschedule the Thursday January 29th deposition due to a scheduling conflict that cannot be changed.
>
> Warm wishes,
>
> Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

**TroyLaw@TroyPllc.Com   www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所
**PLEASE 📧 EMAIL or TEXT 💬**
*Troy Law Accept Service by E-Mail for Retained Clients*
*Clients shall retain all their own originals or copies.*

On Mon, Jan 19, 2026 at 6:00 PM Troy Law <troylaw@troypllc.com> wrote:

> Dear Randa,

# This is to confirm receipt with many thanks.

Mr. Pizzi, can you text me your cell phone and I will call you from my cell phone tomorrow morning? (7185025104).

Warm wishes,

Tiffany Troy

**TROY LAW**
**Attorneys & Counselors at Law**
*English, Mandarin, Spanish, Korean, Hindi*
*AR AZ CA CT DC FL GA IL IN KY LA MA MD MI MN MOED\**
*NDD\* NH NJ NV NY OH PA RI SC TN TX VA VT WA WI*

[TroyLaw@TroyPllc.Com](mailto:TroyLaw@TroyPllc.Com)  **www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎️

蔡 鴻 章 律 師 事 務 所

***PLEASE 📧 EMAIL or TEXT 💬***
*\*Troy Law Accept Service by E-Mail for Retained Clients*
*\*Clients shall retain all their own originals or copies.*

On Mon, 19 Jan 2026 at 17:02, Randa Raad <[randa@pizzilaw.com](mailto:randa@pizzilaw.com)> wrote:

> Good Afternoon,
>
> Please find attached all of the exhibits shown during today's deposition.
>
> Ex 1 - Notice of Taking Deposition
>
> Ex 2 - Complaint (Wen Lin Liu v Tony Sushi et al)
>
> Ex 3 - Amended Complaint (Wen Lin Liu v Tony Sushi et al);
>
> Ex 4 - Complaint (Wen Lin Liu v Iron Chef Hibachi)
>
> Ex 5 - Plaintiff's Bate Stamped Discovery
>
> Ex 6 - Plaintiff's Interrogatory Responses

Ex 7 - Complaint (Wen Lin Liu v Sweet Basil Fairfield et al)


Thank you.


Randa Raad
*Paralegal*


**Office:** 786.594.3948  | **Fax:** 305.777.3802
**Email:** randa@pizzilaw.com | www.pizzilaw.com
**Law Office of Michael A. Pizzi, P.A.**
6625 Miami Lakes Dr, Ste 316 Miami Lakes, FL 33014

CONFIDENTIALITY NOTICE: This electronic message transmission contains information from the law firm of Michael A. Pizzi, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law.